IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 2:08-CR-0329 JAM |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| GREGORY PETER TORLAI, JR., | ) | |
| Defendant. | ) | |

**GOOD CAUSE APPEARING,** it is hereby ordered that the December 16, 2008, status conference be continued to January 6, 2009, at 9:30 AM. I find that the ends of justice warrant an exclusion of time and that the Defendant's need for a reasonable time for effective preparation exceeds the public interest in a trial within 70 days.

**THEREFORE IT IS FURTHER ORDERED** that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii)(Local Code T-2) and 18 U.S.C. § 3161(h)(8)(B)(iv)(Local Code T-4) from the date of this order to January 6, 2009.

**IT IS SO ORDERED.**

Dated: December 2, 2008              /s/ John A. Mendez_____
                                     JOHN A. MENDEZ
                                     United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com