```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) 2:08-CR-0329 JAM
                                 )
12          Plaintiff,           ) AMENDED STIPULATION AND ORDER
                                 ) CONTINUING STATUS CONFERENCE
13      v.                       )
                                 )
14  GREGORY PETER TORLAI JR.,    ) Time: 9:30 a.m.
                                 ) Date: Tuesday, May 26, 2009
15          Defendant.           ) Court: Hon. John A. Mendez
                                 )
16  _____ )
```

17    The parties request that the trial currently set for Monday,
18 June 15, 2009, through Friday, July 3, 2009, be vacated.  The
19 parties also request that the trial confirmation hearing date set
20 for Tuesday, May 26, 2009, at 9:30 a.m. be vacated and that a
21 status conference be set for Tuesday, June 2, 2009, at 9:30 a.m.
22    At the last status conference in this case, the time until
23 the trial date was excluded from the calculation of time under
24 the Speedy Trial Act, see 18 U.S.C. § 3161.  The parties
25 stipulate that time should continue to be excluded through June
26 2, 2009.
27    The parties are currently involved in the investigation of
28 significant issues that will impact how the case proceeds.  Since

1

the setting of the trial date, the parties have met and consulted with expert witnesses. These experts are expected to testify at trial about complex satellite imagery relevant to key issues in this case. The parties are also working to resolve issues relating to the defendant's access to a possible government witness without resorting to the filing of motions.

In addition, both the attorney for the United States as well as defense counsel are involved in ongoing trials that will impact their ability to prepare for this case. Government counsel is expected to conclude a complex 10-week, five co-defendant fraud trial in mid-June. Defense counsel is involved in litigation that will likely commence at the beginning of June. Both parties believe that these cases will impact their ability to prepare for this case.

Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act. The additional time is necessary due to the complexity of the case. 18 U.S.C. § 3161(h)(8)(B)(ii); Local Code T2. The additional time is also needed to ensure effective preparation, taking into account the exercise of due diligence. Id. at (iv); Local Code T4. The interests of justice served by granting this

///
///
///
///
///
///
///

continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

Respectfully Submitted,

LAWRENCE G. BROWN
Acting United States Attorney

DATED: May 13, 2009          By:  */s/ Kyle Reardon*
                                  KYLE REARDON
                                  Assistant U.S. Attorney


DATED: May 13, 2008          By:  */s/ Kyle Reardon* for
                                  DONALD H. HELLER
                                  Attorney for the Defendant

**ORDER**

The trial in case number 2:08-CR-0329 JAM, currently set for Monday, June 15, 2009, through Friday, July 3, 2009, is vacated. The trial confirmation hearing date set for Tuesday, May 26, 2009, at 9:30 a.m. is also vacated and the matter is set for a status conference on Tuesday, June 2, 2009, at 9:30 a.m. For the reasons stated by the parties, time is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.

IT IS SO ORDERED.

DATED: May 13, 2009 /s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge