LAWRENCE G. BROWN
Acting United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-CR-0329 JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | |
| GREGORY PETER TORLAI JR., ) | Time: 9:30 a.m. |
| ) | Date: Tuesday, June 2, 2009 |
| Defendant. ) | Court: Hon. John A. Mendez |
| ) | |
| ) | |

The parties request that the status conference currently set for Tuesday June 2, 2009, be continued until Tuesday August 4, 2009, at 9:30 a.m.

By orders previously filed, various periods of delay have been excluded under the Speedy Trial Act, see 18 U.S.C. § 3161, in computing the time within which trial of this offense was to commence.  The parties stipulate that time should continue to be excluded from June 2, 2009 through August 4, 2009.

Defendant, through his counsel, is currently involved in the investigation of significant issues that will impact how the case proceeds and is also reviewing discovery.  Additional time is necessary so that defense counsel will have reasonable time

1

1 | necessary for effective preparation.
2 |     AUSA Kyle Reardon, the prosecutor assigned to this matter,
3 | is presently outside of the United States and will likely need to
4 | remain outside of the United States for an extended period of
5 | time due to familial issues.  A continuance is also necessary in
6 | order to allow the government reasonable continuity of counsel.
7 |     Finally, as previously noted, this is a complex case.
8 |     Accordingly, the parties believe that the delay between June
9 | 2, 2009 and August 4, 2009 should be excluded from the
10 | calculation of time under the Speedy Trial Act.  The additional
11 | time is necessary due to the complexity of the case.  18 U.S.C.
12 | § 3161(h)(7)(B)(ii); Local Code T2.  The additional time is
13 | needed to ensure effective defense preparation, taking into
14 | account the exercise of due diligence.  Id. at (iv); Local Code
15 | T4.  The additional time is needed to not unreasonably deny the
16 | government continuity of counsel, taking into account the
17 | exercise of due diligence.  Id. at (iv); Local Code T4.  The
18 | interests of justice served by granting this continuance outweigh
19 | the best interests of the public and the defendant in a speedy
20 | trial.  18 U.S.C. § 3161(h)(7)(A).

                                         Respectfully Submitted,

                                         LAWRENCE G. BROWN
                                         Acting United States Attorney

DATED: June 1, 2009        By:  */s/ Tice-Raskin*
                                         S. ROBERT TICE-RASKIN
                                         Assistant U.S. Attorney

```
DATED: June 1, 2009           By:  /s/ Tice-Raskin  for
                                   DONALD H. HELLER
                                   Attorney for the Defendant
```

**ORDER**

The status conference for this matter is continued from June 2, 2009 to Tuesday, August 4, 2009, at 9:30 a.m. For the reasons stated by the parties, time is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4 and T2.

IT IS SO ORDERED.

```
DATED: June 1, 2009           /s/ John A. Mendez
                              JOHN A. MENDEZ
                              United States District Judge
```

3