1  DONALD H. HELLER, SBN 55717
   DONALD H. HELLER,
2  A Law Corporation
3  655 University Avenue, Suite 215
   Sacramento, CA  95825
4  Telephone:   (916) 974-3500
   Facsimile:   (916) 927-2009
5
6  Attorneys for Defendant
   Gregory Peter Torlai, Jr.
7
8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA          )        Case No. 2:08-CR-0329 JAM
                                      )
12         Plaintiff,                 )
                                      )
13                                    )        STIPULATION AND ORDER
                                      )
14  vs.                               )
                                      )
15                                    )
    GREGORY PETER TORLAI, JR.,        )
16                                    )
           Defendant.                 )
17  _____  )
                                      )
18

19      IT IS HEREBY stipulated between the United States of America through its undersigned

20  counsel, Kyle Reardon, Esq. Assistant United States Attorney, and counsel for defendant

21  Gregory Peter Torlai, Jr., Donald H. Heller, Esq. that the motion hearing presently set for

22  October 6, 2009, be continued to October 27, 2009, at 11:00 A.M. and thus vacating the

23  presently set motion hearing scheduled for October 6, 2009.

24      The reason for the stipulation to continue the motion hearing is due to the fact that Mr.

25  Heller is in a jury trial in the Superior Court of California, County of Sacramento, in *People v*

26  *Halbrook and Schlocker*, Case No. 08F06595 and final arguments are set to commence on

27

28

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1  October 6, 2009 at 9:00 a.m. There are no speedy trial issues in this matter since upon filing this

2  motion there was an automatic time exclusion 18 U.S.C. § 3161(2)(h)(1)(F)

3  IT IS SO STIPULATED.

4

5                                              DONALD H. HELLER,
                                               A Law Corporation

6

7                                              /S/ DONALD H. HELLER
   Dated: October 2, 2009           _____
8                                              DONALD H. HELLER, ESQ.
                                               Attorney for Defendant
9                                              Gregory Peter Torlai, Jr.

10

11  Dated: October 2, 2009                     /S/ KYLE REARDON
                                     _____
12                                             KYLE REARDON, ESQ.
                                               Assistant U.S. Attorney
13                                             Attorney for the United States

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

STIPULATION AND ORDER                                      Case No. 2:08-CR-0329 JAM

1  **DONALD H. HELLER, SBN 55717**
   **DONALD H. HELLER,**
2  **A Law Corporation**
3  **655 University Avenue, Suite 215**
   **Sacramento, CA 95825**
4  **Telephone:    (916) 974-3500**
   **Facsimile:    (916) 927-2009**
5
6  **Attorneys for Defendant**
   **Gregory Peter Torlai, Jr.**
7

8               **IN THE UNITED STATES DISTRICT COURT**

9               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 **UNITED STATES OF AMERICA**          )        **Case No. 2:08-CR-0329 JAM**
                                          )
12         **Plaintiff,**                 )
                                          )
13                                        )        **ORDER**
                                          )
14 **vs.**                                )
                                          )
15                                        )
                                          )
16  **GREGORY PETER TORLAI, JR.,**        )
                                          )
17         **Defendant.**                 )
   _____  )
18                                        )

19

20         **GOOD CAUSE APPEARING,** it is hereby ordered that the October 6, 2009, motion

21 hearing be continued to October 27, 2009, at 11:00 AM.  All time is excluded pursuant to 18

22 U.S.C § 3161(2)(h)(1)(F) due to this pending motion.

23

24 **IT IS SO ORDERED.**

25 Dated: October 2, 2009                    /s/ John A. Mendez_____
26                                           JOHN A. MENDEZ
                                             United States District Judge
27

28

                                    -1-
   **ORDER**                                              **Case No. 2:08-CR-0329 JAM**