BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:08-CR-0329 JAM |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| | ) TRIAL |
| v. | ) |
| | ) |
| GREGORY PETER TORLAI JR., | ) Time: 9:30 a.m. |
| | ) Date: Tuesday, February 9, 2010 |
| Defendant. | ) Court: Hon. John A. Mendez |
| | ) |

The parties request that the trial currently set for Monday, March 8, 2010, through Friday, March 19, 2010, be vacated and that the trial in this matter be continued to July 19, 2010, at 9:00 a.m.  The parties also request that the trial confirmation hearing date set for Tuesday, February 9, 2010, at 9:30 a.m., be vacated and that a new trial confirmation date be set for June 22, 2010, at 9:30 a.m.

A continuance of the trial dates from March until July is needed for several reasons.  In response to a formal discovery request given by defense counsel on October 16, 2009, the government provided several thousands pages of discovery to

1

defense counsel. This material has been available for defense counsel to review since November 30, 2009; however, copies of this material were not provided until January 20, 2010. On January 31, 2010, defense counsel filed a motion to continue the trial dates for at least 120 days in order to permit time for review of the discovery. The government also intends to provide supplemental expert reports based upon additional analysis performed by the government expert. It is anticipated that defense counsel will need time to review these reports and consult his retained expert.

A trial date of July 19, 2010, is requested due to several conflicts in both government and defense counsel's schedules. The Assistant United States Attorney for the government will be in trial on other matters at the end of April and the middle of June. Defense counsel will be in trial in late March and will be out of the area in early May. Accordingly, the first available period that is available to both counsel and that provides them with the necessary time to prepare for a trial in this case is July 19, 2010.

The parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act. As explained above, the additional time is necessary due to defense counsel's need to prepare taking into account the exercise of due diligence, as well as to ensure continuity of both government and defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The additional time is also necessary due to the complexity of the case, in particular the volume of evidence and the expert witness issues. Id. at (ii); Local Code T2. The interests of

1 justice served by granting this continuance outweigh the best
2 interests of the public and the defendant in a speedy trial.  18
3 U.S.C. § 3161(h)(7)(A).

                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney


 DATED: February 2, 2010        By:  */s/ Kyle Reardon*
                                     KYLE REARDON
                                     Assistant U.S. Attorney



 DATED: February 2, 2010        By:  */s/ Kyle Reardon* for
                                     DONALD H. HELLER
                                     Attorney for the Defendant

**ORDER**

The trial in case number 2:08-CR-0329 JAM, currently set for Monday, March 8, 2010, through Friday, March 19, 2010, is vacated. The trial confirmation hearing date set for Tuesday, February 9, 2010, at 9:30 a.m. is also vacated and the matter is set for trial to commence on Monday, July 19, 2010, at 9:00 a.m. A trial confirmation hearing is set for Tuesday, June 22, 2010, at 9:30 a.m. For the reasons stated by the parties, time is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Codes T2 and T4.

The hearing on the motion to continue set for Tuesday, February 9, 2010, is hereby vacated.

IT IS SO ORDERED.

DATED: February 2, 2010            /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Judge