IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:08-CR-0329 JAM |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | **ORDER CONTINUING DATE OF** |
| vs. ) | **SENTENCE** |
| ) | |
| ) | |
| GREGORY PETER TORLAI, JR., ) | |
| Defendant. ) | |
| ) | |

_____

Based on the Stipulation between Donald H. Heller, Esq. counsel for the defendant Gregory Torlai and Kyle Reardon, Esq., Assistant United States Attorney requesting that the sentencing hearing for the defendant be continued from May 3, 2011 to June 7, 2011, at 9:30 A.M., **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT,** the sentencing of the defendant Gregory Torlai, is hereby continued from May 3, 2011, to June 7, 2011 at 9:30 A.M. It is further ordered that the schedule for disclosure be as follows:

| | |
|---|---|
| Reply, or Statement of Non-Opposition: | May 31, 2011 |
| Motion for Correction of the Presentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: | May 24, 2011 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | May 17, 2011 |
| Counsel's Written Objections to the Presentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | May 10, 2011 |

-1-

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| The Proposed Presentence Report Shall be Disclosed to Counsel no Later Than: | April 26, 2011 |
| Dated: 3/22/2011 | /s/ John A. Mendez<br>John A. Mendez<br>United States District Judge |

-2-

**[Proposed] Order Continuing Date of Sentence**                                **Case No. 2:08-CR-0329 JAM**

PDF created with pdfFactory trial version www.pdffactory.com