UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>GREGORY P. TORLAI, JR.<br><br>             Defendant.<br><br>UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>GREGORY PETER TORLAI, JR.,<br><br>             Defendant. | Case No. 2:08-CR-00329 JAM<br><br><br><br><br><br><br><br>RELATED CASE ORDER<br><br><br><br>Case No. 2:11-CV-01678 MCE-DAD |

    Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

    The parties should be aware that relating the cases under

1

PDF created with pdfFactory trial version www.pdffactory.com

Local Rule 123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:11-CV-01678-MCE-DAD be reassigned to Judge John A. Mendez for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:11-CV-1678-JAM-DAD.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: June 28, 2011

/s/ John A. Mendez_____
U. S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com